# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-51739
Case Name: DEBORAH A FULLARD
Trustee Name: Marc P. Gertz

Exhibit D

FILED
2010 FEB 11 PM 12:02
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Marc P. Gertz | $ | $ |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) (Page 8)

09-51739-mss  Doc 28  FILED 12/24/09  ENTERED 12/24/09 10:01:20  Page 8 of 11
09-51739-mss  Doc 34  FILED 02/11/10  ENTERED 02/11/10 14:38:04  Page 1 of 3

|                  | Reason/Applicant | Fees | Expenses |
|------------------|------------------|------|----------|
| Attorney for debtor: |              | $    | $        |
| Attorney for:    |                  | $    | $        |
| Accountant for:  |                  | $    | $        |
| Appraiser for:   |                  | $    | $        |
| Other:           |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
|              |          | $                     | $                |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 625.76 | $ 9.98 |
| 2 | KEYBANK | $ 29,022.14 | $ 462.74 |
| 3 | KEYBANK | $ 5,284.03 | $ 84.25 |
| 4 | CHRISTOPHER NEWMAN | $ 33,296.63 | $ 530.89 |

UST Form 101-7-TFR (9/1/2009) (Page: 9)

09-51739-mss    Doc 28    FILED 12/24/09    ENTERED 12/24/09 10:01:20    Page 9 of 11
09-51739-mss    Doc 34    FILED 02/11/10    ENTERED 02/11/10 14:35:04    Page 2 of 3

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | NCO PORTFOLIO MANAGEMENT | $ 16,047.81 | $ 255.87 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 10,739.33 | $ 171.23 |
| 8 | Chase Bank USA, N.A | $ 2,153.36 | $ 34.33 |
| 9 | AMERICAN EXPRESS CENTURION BANK | $ 154.04 | $ (2.46) + |
| 10 | De Lage Landen Financial Services Inc | $ 4,296.40 | $ 68.50 |
| 11 | Cash Recovery LLC | $ 76,557.80 | $ 1,220.66 |
| 12 | OHIO EDISON * | $ 74.56 | $ (1.19) |
| 13 | Town & Country Co-op, Inc. | $ 6,680.10 | $ 106.50 |

$3.65
ck #1013
receipt # 81267

Tardily filed claims of general (unsecured) creditors totaling $ 33,296.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14 | AIM LEASING CO | $ 33,296.63 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page 10)

09-51739-mss    Doc 28    FILED 12/24/09    ENTERED 12/24/09 10:01:20    Page 10 of 11
09-51739-mss    Doc 34    FILED 02/11/10    ENTERED 02/11/10 14:35:04    Page 3 of 3